# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Pamela S. Hollis

Date: 9/14/09

Bankruptcy Case No.: 09 B 20188

Adversary No.:

Title of Case: In re Sam Turner

Brief Statement of Motion: Motion to Vacate Dismissal of Joint Debtor Devon Turner

Names and Addresses of moving counsel:
Keisha M. Hooks
224 S. Michigan, Ste. 800
Chicago, IL 60604

Representing: Standing Trustee, Marilyn Marshall

ORDER Vacating Dismissal and Withdrawing Trustee's Final Report

1. The Order dismissing the joint debtor, Devon Turner is VACATED. Devon Turner remains a party to the instant bankruptcy.

2. The Trustee's Final Report, entered on September 8, 2009, is WITHDRAWN.

Pamela S. Hollis