# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Turner Jr, Sam  
Turner, Devon J  
Debtors

Case No. 09 B 20188

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/03/2009.

2) The plan was confirmed on 09/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 11/02/2009.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $9,675.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,715.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$3,715.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,376.60 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $238.40 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,615.00** |

Attorney fees paid and disclosed by debtor    $410.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Priority | $2,000.00 | $12,086.74 | $12,086.74 | $0 | $0 |
| CNAC | Secured | $10,288.00 | $10,288.00 | $10,288.00 | $50.00 | $0 |
| CNAC | Secured | $9,021.00 | $9,021.00 | $9,021.00 | $50.00 | $0 |
| American Collections & Credit | Unsecured | $157.00 | NA | NA | $0 | $0 |
| American Collections & Credit | Unsecured | $1,582.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $1,472.00 | $872.41 | $872.41 | $0 | $0 |
| American Recovery System | Unsecured | $1,048.00 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Armor Systems Corporation | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $483.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $536.00 | $582.56 | $582.56 | $0 | $0 |
| Certified Services | Unsecured | $448.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $987.20 | $3,865.40 | $3,865.40 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $610.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Management Co. | Unsecured | $549.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $319.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $236.00 | NA | NA | $0 | $0 |
| Fair Collections & Outsourcing | Unsecured | $3,334.00 | NA | NA | $0 | $0 |
| Firstsource Advantage LLC | Unsecured | $1,959.00 | NA | NA | $0 | $0 |
| Geico Insurance | Unsecured | $3,048.88 | NA | NA | $0 | $0 |
| Greentree & Associates | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $17,250.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Home Properties Of New York, LP | Unsecured | $2,377.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $124.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $56.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $564.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $998.00 | NA | NA | $0 | $0 |
| Illinois Tollway | Unsecured | $15,611.00 | NA | NA | $0 | $0 |
| Illinois Tollway | Unsecured | $1,900.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $6,000.00 | $11,378.81 | $11,378.81 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $221.00 | $221.48 | $221.48 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $1,041.16 | $1,041.16 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $88.00 | $259.20 | $259.20 | $0 | $0 |
| KCA Financial Services | Unsecured | $428.00 | NA | NA | $0 | $0 |
| L Donald Huelson Chart | Unsecured | $3,101.00 | $3,101.18 | $3,101.18 | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $165.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $1,074.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $4,300.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $523.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | $23,820.00 | $23,820.48 | $23,820.48 | $0 | $0 |
| Nationwide Loans LLC | Unsecured | $906.00 | $4,519.65 | $4,519.65 | $0 | $0 |
| NCO Financial Systems | Unsecured | $768.00 | NA | NA | $0 | $0 |
| NCO Portfolio Management | Unsecured | NA | $536.31 | $536.31 | $0 | $0 |
| New Jersey Higher Education | Unsecured | $2,250.00 | $4,436.44 | $4,436.44 | $0 | $0 |
| New Jersey Higher Education | Unsecured | $2,884.00 | $4,671.68 | $4,671.68 | $0 | $0 |
| Nicor Gas | Unsecured | $717.00 | NA | NA | $0 | $0 |
| Northwest Collectors | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Pellettieri & Associates | Unsecured | $889.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Receivables Management Inc | Unsecured | $250.00 | $1,000.00 | $1,000.00 | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | NA | $106.59 | $106.59 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $87.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $2,168.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,559.00 | NA | NA | $0 | $0 |
| Sherman Hospital | Unsecured | $18,614.55 | NA | NA | $0 | $0 |
| U S Cellular | Unsecured | $380.00 | NA | NA | $0 | $0 |
| Vital Recovery Services | Unsecured | $23,820.48 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $19,309.00 | $100.00 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $19,309.00 | $100.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $12,086.74 | $0 | $0 |
| **TOTAL PRIORITY:** | $12,086.74 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $60,413.35 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,615.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS:** | **$3,715.00** |

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: November 24, 2009    By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.